**Wendell Harvey VIBROCK, Petitioner,**

v.

**Lynda Kae VIBROCK, Respondent.**

**No. B–6799.**

Supreme Court of Texas.

July 27, 1977.

Jeff Walker, Arlington, for petitioner.

Carter, Jones, Magee, Rudberg, Moss & Mayes, Charles M. Wilson, III, Dallas, for respondent.

PER CURIAM.

The application for writ of error is refused, no reversible error.

Wendell Vibrock sold insurance policies for Fidelity Union during his marriage to Lynda Vibrock. Under his employment contract with Fidelity Union, Wendell Vibrock was to receive renewal commissions when these policies were renewed. Lynda Vibrock sued Wendell Vibrock claiming an interest in certain of these renewal commissions. She asserts these commissions are community property which were not considered in the partition of the parties' property upon divorce. The court of civil appeals reversed the summary judgment rendered by the trial court in favor of Wendell Vibrock and remanded the cause for trial. 549 S.W.2d 775.

The disposition of this case by this court indicates neither approval nor disapproval of the language contained in the opinion of the court of civil appeals which suggests that these renewal commissions are not community property. *See Cearley v. Cearley,* 544 S.W.2d 661 (Tex.1976).